UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED VIA MAIL
JACKSONVILLE, FLORIDA
JAN 2 6 2015
CLERK, U.S. BANKRUPTCY
MIDDLE DISTRICT OF FLORIDA

In Re:                                  )       Case No. 3:09-bk-02970-JAF
                                        )
ROBERT BRIAN WARD AND                   )       Chapter 13
LENA McCLEAN WARD                       )
                                        )
       Debtor(s)                        )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a __X__ creditor _____ debtor **(check one)** in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: GEMB/BEST BRANDS did not negotiate the original check because it was lost or not received, likely due to change of address or postal error. GEMB/BEST BRANDS was a credit card brand of GE Money Bank. GE Money Bank was renamed GE Capital Retail Bank in 2011. GE Capital Retail Bank is a subsidiary of General Electric Company, the Claimant.

Name of Claimant: General Electric Company, by and through its attorney in fact, Kim Sawyer, General Counsel of The Locator Services Group Ltd.

Mailing Address: c/o The Locator Services Group Ltd.
280 Summer Street, Suite 701

City: Boston         State: MA         Zip Code: 02210

Telephone Number: Home: _____  Work: (617) 859-0600, ext 19

Last Four Digits of SS# or Tax ID Number: 14-0689340
of Claim:        $2,022.60

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

_____            1/22/2015
CLAIMANT'S SIGNATURE                 DATE

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 3:09-bk-02970-JAF |
| | ) | |
| ROBERT BRIAN WARD AND | ) | Chapter 13 |
| LENA McCLEAN WARD | ) | |
| | ) | |
| Debtor(s) | ) | |

## AFFIDAVIT

I, Kim Sawyer, as General Counsel for The Locator Services Group Ltd., attorney-in-fact for General Electric Company, certify that the statements in the foregoing application are true and correct.

I am aware of the state law requirements for being a personal representative in the State of Florida.

_____
Kim Sawyer, General Counsel
The Locator Services Group Ltd.
Attorney-in-Fact for General Electric Company

SUBSCRIBED AND SWORN before me this 22nd day of January, 2015.

_____
NOTARY PUBLIC in and for the
State of Massachusetts, County of Suffolk.

My commission expires: _____



ERIN FOLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 24, 2020



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 3:09-bk-02970-JAF |
| | ) | |
| ROBERT BRIAN WARD AND | ) | Chapter 13 |
| LENA McCLEAN WARD | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came on for consideration upon the Motion filed by Kim Sawyer, General Counsel for The Locator Services Group, Ltd., on behalf of General Electric Company, a party in the above captioned case, for the release of funds being held in the Court's registry account of unclaimed funds. Upon consideration, the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $2,022.60 to General Electric Company, c/o The Locator Services Group Ltd., 280 Summer Street, Suite 701, Boston, MA 02210.

DATED _____

 

Jerry A. Funk
United States Bankruptcy Judge

Copy furnished to:
Financial Administrator
United States Attorney
Kim Sawyer, The Locator Services Group Ltd.

## Limited Power of Attorney
### For the Recovery of Funds

I, Bruce J. Squillante do hereby appoint THE LOCATOR SERVICES GROUP LTD., as attorney in fact to recover, to seek and recover or cause to be recovered, the undistributed, unclaimed, uncashed or undelivered tenders of funds of GEMB/BEST BRANDS, a General Electric Company in the amount of $2,022.60 held by any federal, provincial, state or other governmental entity, or any agency or subdivision thereof.

However, THE LOCATOR SERVICES GROUP LTD., may not incur any costs on my behalf or make any expenditure on my behalf unless such authority is given in a separate writing signed by me. Undistributed, unclaimed, or undelivered tenders of funds shall be directed to the attention of THE LOCATOR SERVICES GROUP LTD. unless directed otherwise.

This Limited Power of Attorney shall automatically expire six months from the date hereof; provided, however that such expiration shall be ineffective as to any claim relating to a recovery made by THE LOCATOR SERVICES GROUP LTD. prior to the time of such expiration.

Signed this 3 day of November in the year 2014

General Electric Company

By: Bruce J. Squillante
    Controller, Unclaimed Property

State of Florida
County of Lee

Acknowledged by me on this 3 day of November in the year 2014, Bruce J. Squillante, to be well known to be the individual described here in the foregoing instrument and acknowledged the execution thereof to be his free act and deed.

Before me: Lori Lamaritata

(Notary Seal)

LORI LAMARITATA
MY COMMISSION # EE 190806
EXPIRES: July 2, 2016
Bonded Thru Notary Public Underwriters

My Commission Expires: 7/2/16

GE Reference Number: B-R30081



Jan R. Hauser
Vice President and Controller

3135 Easton Turnpike
Fairfield, CT 06828
USA

T +1 203 373 3234
F +1 203 373 3757
jan.hauser@ge.com

## Statement of Authority

The undersigned being duly sworn, states that the below listed individuals are authorized to execute all claim documents on behalf of General Electric Company, General Electric Capital Corporation and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

Bruce J. Squillante- Unclaimed Property Controller
Bob L. Burgner- Director - State and Local Taxes

GENERAL ELECTRIC COMPANY

_(signed)_
Jan R. Hauser
Vice President, Controller, and Chief Accounting Officer
3135 Easton Turnpike
Fairfield, CT 06828
203-373-3234

Subscribed and sworn to me this 12th day of May, 2014

Notary Signature _Sharon DeDonato_

Printed Name _Sharon DeDonato_

My Commission Expires: **SHARON DeDONATO**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2015

General Electric Company





Bruce J. Squillante
Controller, Unclaimed Property
Payables Solutions

T +1 239 275 2429
F +1 239 278 2588
M +1 616 460 1614
bruce.squillante@ge.com
www.ge.com

4211 Metro Parkway
Fort Myers, FL 33916
USA



Generated: 01/15/2015 18:47:45

## U.S. Bankruptcy Court
### Middle District of Florida
### Funds Unclaimed Directory

Search key: WARD, ROBERT BRIAN
Sorted by: Debtor

| Case Number | Debtor | Creditor | Amount |
|---|---|---|---|
| 3:09-bk-02970-JAF | WARD, ROBERT BRIAN | **GEMB/BEST BRANDS**<br>**PO BOX 981439**<br>**EL PASO, TX 79998-1439** | $2,022.60 |

www.flmb.uscourts.gov
New Search



# GE Money Bank

# Credit Card

# Agreement

184-019-00
CareCredit
Revision Date: 11/15/2010
Print Date: 9/10

M-97854

**GE MONEY BANK
CREDIT CARD AGREEMENT**

| Interest Rates and Interest Charges | |
|---|---|
| Annual Percentage Rate (APR) for Purchases and Balance Transfers | **26.99%** |
| APR for Cash Advances | 29.99% |
| Penalty APR and When it Applies | 29.99%<br><br>This APR may be applied to your Account if you make a late payment.<br><br>**How Long Will the Penalty APR Apply?** If your APRs are increased for this reason, the Penalty APR will apply until you make six consecutive minimum payments when due. |
| Paying Interest | Your due date is at least 23 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. We will begin charging interest on cash advances and balance transfers on the transaction date. |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $2. |
| For Credit Card Tips from the Federal Reserve Board | To learn more about factors to consider when applying for or using a credit card, visit the website of the Federal Reserve Board at http://www.federalreserve.gov/creditcard. |

| Fees | |
|---|---|
| **Transaction Fees**<br>• Balance Transfer | Either **$5** or **4%** of the amount of each transfer, whichever is greater. |
| • Cash Advance | Either **$5** or **4%** of the amount of each cash advance, whichever is greater. |
| **Penalty Fees**<br>• Late Payment | Up to **$35** |
| • Returned Payment | Up to **$35** |

**How We Will Calculate Your Balance:** We use a method called "daily balance". See your Credit Card Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your Credit Card Agreement.

The information about the costs of the Account described herein is accurate as of 11/15/2010. This information may have changed after that date. To find out what may have changed, write us at GEMB, P.O. Box 981439, El Paso, TX 79998-1439.

184-019-00
Rev. 11/15/2010

 **GECAF**

**BRAND SOURCE**
**APPLICATION AND INITIAL CARDHOLDER DISCLOSURE**
A credit service of GE Money Bank

For WI residents, if you are applying for individual credit or joint credit with someone who is not your spouse, combine your and your spouse's financial information on the application form.

### 1. APPLICANT INFORMATION: Please tell us about yourself.

| Name (First-Middle-Last) Please Print | Date of Birth | Social Security No. | Home Phone No. |
| Mailing Address* | Apt.# | City | State | Zip | Time at Address Yrs. ___ Mos. ___ | Cell / Other Phone Where We May Call You |

*If the above address is a P.O. Box, you must provide a street address for yourself or a contact person.
Contact Person Name    Street Address (Street Name and Number)    ☐ Your Address?    ☐ Contact Person?    City    State    Zip

| Housing Information ☐ PARENTS/RELATIVE ☐ OWN ☐ RENT ☐ OTHER | Monthly Net Income From All Sources $ _____ | Alimony, child support or separate maintenance income need not be disclosed unless relied upon for credit. | Time At Job Yrs. ___ Mos. ___ | Employer's Phone No. | Relative Phone No. |

E-Mail Address (optional) _____   By providing an E-mail address, I consent to receive E-mail communications about my Account and authorize you to provide my E-mail address to GECAF so that I may receive such communications, offers and updates.

### 2. CO-APPLICANT INFORMATION (COMPLETE ONLY IF – CO-APPLICANT WILL RECEIVE A "GECAF CREDIT CARD")

| Name (First-Middle-Last) Please Print | Date of Birth | Social Security No. | Home Phone No. |
| Mailing Address* | Apt.# | City | State | Zip | Cell / Other Phone Where We May Call You |

*If the above address is a P.O. Box, you must provide a street address for yourself or a contact person.
Contact Person Name    Street Address (Street Name and Number)    ☐ Your Address?    ☐ Contact Person?    City    State    Zip

| Housing Information ☐ PARENTS/RELATIVE ☐ OWN ☐ RENT ☐ OTHER | Monthly Net Income From All Sources $ _____ | Alimony, child support or separate maintenance income need not be disclosed unless relied upon for credit. | Employer's Phone No. |

E-Mail Address (optional) _____   By providing an E-mail address, I consent to receive E-mail communications about my Account and authorize you to provide my E-mail address to GECAF so that I may receive such communications, offers and updates.

### 3. APPLICANT and CO-APPLICANT: We need your signature(s) below

I am providing the information in this application to GE Money Bank ("GEMB"), to GECAF, to dealers ("Dealers") that accept the GECAF Credit Card ("Card") and to program sponsors, and asking GEMB to issue me a Card. By applying for this account, I authorize and agree that:

- GEMB may furnish this and other information about me (even if my application is denied) and my account to GECAF and to Dealers and program sponsors (and their respective affiliates) to create and update their records, and to provide me with service and special offers.
- GEMB may make inquiries it considers necessary (including requesting reports from consumer reporting agencies and other sources) in evaluating my application, and for purposes of reviewing, maintaining or collecting my account.
- If my application is approved, the GECAF Card Agreement ("Agreement") will be sent to me and will govern my account.
- Among other things, the Agreement: (1) INCLUDES AN ARBITRATION PROVISION THAT MAY LIMIT MY RIGHTS UNLESS I REJECT THAT PROVISION UNDER THE AGREEMENT'S INSTRUCTIONS; and (2) makes each applicant responsible for paying the entire amount of credit extended; and (3) grants GEMB a security interest in the goods purchased on the account as permitted by law.
- GEMB may contact me about my account as described in the Agreement, including using any contact information I provide.
- This application and the Agreement are governed by federal law and Utah law (to the extent that state law applies).

Federal law requires us to obtain, verify and record information that identifies you when you open an account. We will use your name, address, date of birth, and other information for this purpose.

Please note that you must reside in the United States and be 18 years or older to apply.


DETACH HERE

Signature of Applicant
X _____ (Please Do Not Print) Date ___

Signature of Co-Applicant (If Applicable)
X _____ (Please Do Not Print) Date ___

### FOR RETAILER USE ONLY (Validation of Customer I.D.)

| RETAILER # | ACCOUNT # | VERIFIED BY: | KEY # | AMOUNT OF INITIAL TRANSACTION |
| APPLICANT 1st ID TYPE/NUMBER # ☐ Driver's License ☐ State Issued ☐ Federal Government | ISSUANCE STATE | EXP. DATE | APPLICANT 2nd ID (CREDIT CARD TYPE & ISSUER) | EXP. DATE |
| CO-APPLICANT 1st ID TYPE/NUMBER # ☐ Driver's License ☐ State Issued ☐ Federal Government | ISSUANCE STATE | EXP. DATE | CO-APPLICANT 2nd ID (CREDIT CARD TYPE & ISSUER) | EXP. DATE |
| RETAILER PHONE # | RETAILER FAX # | APPLICANT SIGNATURE MATCH ☐ YES ☐ NO | APPLICANT PHOTO MATCH ☐ YES ☐ NO |

181-744-00
Rev. 4/18/08
DATE OF PRINTING 4/08

PLEASE READ AND KEEP THE GE MONEY BANK KEY CREDIT TERMS AND INITIAL CARDHOLDER DISCLOSURE STATEMENT BEFORE SIGNING THIS APPLICATION.

| THE KEY CREDIT TERMS OF THE GECAF CREDIT CARD AGREEMENT ARE AS FOLLOWS: |
|---|
| Annual Percentage Rate (APR) for Purchases and Cash Advances |
| **21.98%** (variable) |
| Delinquency Rate APR *   26.99% (variable) |
| Variable Rate Information |
| The APR may vary. The Purchase Standard Rate and Cash Standard Rate APRs will equal the prime rate plus 14.73%, but in no event will be less than 21.98%. The Delinquency Rate APR for Purchases and Cash Advances will equal the prime rate plus 20.74%, but in no event will be less than 26.99%. The "prime rate" for a billing period is the highest bank prime loan rate, as published in the Money Rates section of <u>The Wall Street Journal</u>, on the 5th business day before the first day of that billing period. |
| Grace Period for Repayment of the Balance for Purchases |
| 25 days if no previous balance and full payment is made; otherwise none. |
| Method of Computing the Balance for Purchases |
| One Cycle Average Daily Balance (Including New Purchases) |
| Minimum Finance Charge |
| $1.50 |

**Late Payment Fee:** $15 if the Balance is $0 - $99.99; $29 if the Balance is $100.00 - $499.99; and $39 if the Balance is $500 or more. (Balance is Account balance on date fee is applied.)

**Over Limit Fee:** $30

**Returned Check Fee:** $39

**Transaction Fee for Cash Advances:** 4% of the amount of each cash advance, but not less than $5.

**Transaction Fee for Balance Transfers:** 4% of the amount of each balance tranfer, but not less than $5.

* If you do not make your required Minimum Payment by the Payment Due Date, you make a payment that is not honored by your bank or you exceed your credit limit, the Delinquency Rate, or at our discretion a lower rate (rather than the Standard Rate), may apply to all existing balances on your Account and all new transactions beginning with the first day of the billing period in which your missed or returned payment was due or in which you exceeded your credit limit.

The information about the costs of the Account described herein is accurate as of 4/01/08. This information may have changed after that date. To find out what may have changed, write us at GEMB, P.O. Box 981439, El Paso, TX 79998-1439. We may, at any time and for any reason, change, add or delete provisions of the governing credit card agreement, including increasing rates or fees. These changes may affect existing balances as well as future transactions. We will send you notice of any change as required by applicable law.

(3)



**Notice to Married Wisconsin Residents:** No provision of a marital property agreement, a unilateral statement under Sec. 766.59, Wis. Stats., or a court decree under Sec. 766.70, Wis. Stats., adversely affects the interest of the creditor unless the creditor, prior to the time credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. We are required to notify spouses of married Wisconsin residents who apply for an individual account regardless of whether the spouse may use the card.

## INITIAL DISCLOSURE STATEMENT

The following is an initial disclosure statement. If you are approved for a GECAF credit card, a complete credit card agreement ("Agreement") governing your GECAF credit card account ("Account") will be sent to you along with your credit card. The GECAF credit card is issued by GE Money Bank ("Bank"). In this disclosure statement, "we", "us", and "our" means the Bank; "you" and "your" means all persons who we approve to use the Account; and "Card" means your GECAF credit card. You may use your Account (i) to purchase goods and services ("Purchases"), (ii) to obtain cash advances ("Cash Advances") by writing convenience checks ("Convenience Checks") we may provide to you from time to time or by other means we may make available, or (iii) to transfer balances from other credit card accounts to this Account ("Balance Transfers") by means (including balance transfer checks) we may make available from time to time, in each case up to any credit limit we may establish for your Account ("Credit Limit"). Except as otherwise provided in this Agreement or in any applicable offer, Balance Transfers will be treated as Purchases. You may not initiate Balance Transfers to this Account from other accounts with us or any of our affiliates. We may limit your Cash Advances to a portion of your Credit Limit (your "Cash Limit") and if we do so, you agree not to take Cash Advances in excess of your Cash Limit. We may decline to authorize any Purchase, Balance Transfer or Cash Advance or change your Credit Limit at any time. You may use your Account only for personal, family or household purposes.

### PERIODIC FINANCE CHARGES.

A. We calculate the periodic Finance Charge separately for Purchases and Cash Advances. The Annual Percentage Rate may sometimes be referred to as "APR". For each billing period in which a periodic Finance Charge is imposed, the amount of the Finance Charge is the total of the amount of the periodic Finance Charge calculated during that billing period. The periodic Finance Charge for each billing period is calculated by applying the applicable daily periodic rate ("Periodic Rate") in effect during that billing period to the balance subject to periodic Finance Charges for each day in the billing period, and adding together all of those daily Finance Charge amounts. A minimum **FINANCE CHARGE** of up to **$1.50** will be imposed for each billing period in which your Account is subject to a Finance Charge.

B. The periodic Finance Charges will be determined separately for charges incurred under any Special Payment Plan in accordance with the terms established for such Special Payment Plan. You understand and acknowledge that this Account provides for the daily compounding of periodic Finance Charges.

### PERIODIC RATES

A. The Periodic Rate for your Purchase Balance is the Purchase Standard Rate, unless the Delinquency Rate applies as described below. The Purchase Standard Rate for a billing period is the greater of (i) the Prime Rate plus 14.73%, times 1/365, or (ii) .06021% (ANNUAL PERCENTAGE RATE 21.98%). The "Prime Rate" for a billing period is the highest bank prime loan rate, as published in the Money Rates section of <u>The Wall Street Journal</u>, on the fifth business day before the first day of that billing period. As of April 1, 2008, the Purchase Standard Rate was .06021% (ANNUAL PERCENTAGE RATE 21.98%).

(4)



**National Information Center**
A repository of financial data and institution characteristics collected by the Federal Reserve System

FFIEC home | Federal Reserve Board home
Accessibility | Disclaimer | Privacy Policy

NIC Home | Institution Search | USBA Search | Top 50 HCs | BHCPR Peer Reports | FAQ

Institution History for GE CAPITAL RETAIL BANK (1216022)

8 institution history record(s) found.

< Previous  Page 1  Next >

| Event Date | Historical Event |
|---|---|
| 1988-08-01 | MONOGRAM BANK, USA located at 8600 GOVERNORS HILL DRIVE, SUITE 300, CINCINNATI, OH was established as a Non-member Bank. |
| 1989-09-26 | MONOGRAM BANK, USA moved to 8845 GOVERNORS HILL DRIVE SYMMES TOWNSHIP, OH. |
| 1993-06-01 | MONOGRAM BANK, USA was renamed to GE CAPITAL CONSUMER CARD COMPANY. |
| 1995-03-20 | GE CAPITAL CONSUMER CARD COMPANY moved to 5300 KINGS ISLAND DRIVE MASON, OH. |
| 2003-02-28 | GE CAPITAL CONSUMER CARD COMPANY changed from Non-member Bank to Federal Savings Bank. |
| 2005-02-07 | GE CAPITAL CONSUMER CARD COMPANY was renamed to GE MONEY BANK and moved to 4246 SOUTH RIVERBOAT ROAD, SUITE 200 SALT LAKE CITY, UT. |
| 2009-07-01 | GE MONEY BANK moved to 170 ELECTION ROAD, SUITE 125 DRAPER, UT. |
| 2011-10-01 | GE MONEY BANK was renamed to GE CAPITAL RETAIL BANK. |

Page 1 of 1

NIC Home | FAQ | Help | Contact Us

**General Electric Company 14-0689340**
**2012 Consolidated Federal Tax Return**
Tax Year Ending December 31, 2012

Form 851 Part I Overpayment Credits, Estimated Tax Payments, and Tax Deposits

| Corp. No | Name and address of corporation | Empoyer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 | GOLD Legal Entity ID |
|---|---|---|---|---|---|
| 1 | General Electric Company | 14-0689340 | $ | $ - | |
| 2 | General Electric Capital Services Inc | 06-1109503 | $ - | $ - | |
| 3 | General Electric Capital Corporation | 13-1500700 | $ - | $ - | |
| 4 | AIRCRAFT SERVICES CORPORATION | | $ - | $ - | |
| 5 | GE Capital Commercial Asset Funding Inc | | $ - | $ - | |
| 6 | GE Capital Information Technology Solutions Inc | | $ - | $ - | |
| 7 | FULL SERVICE LEASING CORP | | $ - | $ - | |
| 8 | GE Government Finance Inc | | $ - | $ - | |
| 9 | GE Capital Fleet Services International Holdings Inc | | $ - | $ - | |
| 10 | Transport Pool Corporation | | $ - | $ - | |
| 11 | Transport International Pool Inc | | $ - | $ - | |
| 12 | International Transportation Space Incorporated | | $ - | $ - | |
| 13 | International Couriers Corporation | | $ - | $ - | |
| 14 | GE Capital Equity Capital Group Inc | | $ - | $ - | |
| 15 | GE Capital Markets Inc | | $ - | $ - | |
| 16 | Gelco Corporation | | $ - | $ - | |
| 17 | General Electric Capital Asia Investments Inc | | $ - | $ - | |
| 18 | General Electric Credit and Leasing Corporation | | $ - | $ - | |
| 19 | General Electric Capital Corporation of Puerto Rico | | $ - | $ - | |
| 20 | General Electric Credit Corporation of Delaware | | $ - | $ - | |
| 21 | General Electric Credit Corporation of Georgia | | $ - | $ - | |
| 22 | General Electric Credit Corporation of Tennessee | | $ 368 | $ - | |
| 23 | General Electric Credit Equities Inc | | $ - | $ - | |
| 24 | Partnership Financial Services Inc | | $ - | $ - | |
| 25 | GENERAL ELECTRIC POWER FUNDING CORPORATION | | $ - | $ - | |
| 26 | EAPD Bayou Cogeneration Inc | | $ - | $ - | |
| 27 | PSVO Bayonne Inc | | $ - | $ - | |
| 28 | General Electric Railcar Services Corporation | | $ - | $ - | |
| 29 | General Electric Railcar Repair Services Corporation | | $ - | $ - | |
| 30 | Crown Coach Incorporated | | $ - | $ - | |
| 31 | General Electric Railcar Wheel And Parts Services Corporation | | $ - | $ - | |
| 32 | General Electric Real Estate Equities Inc | | $ - | $ - | |
| 33 | Genstar Container Corporation | | $ - | $ - | |
| 34 | Marine Asset Rental Services Inc | | $ - | $ - | |
| 35 | Retailer Credit Services Inc | | $ - | $ - | |
| 36 | Polaris Holding Company | | $ - | $ - | |
| 37 | Polaris Aircraft Leasing Corporation | | $ - | $ - | |
| 38 | Polaris Investment Management Corporation | | $ - | $ - | |
| 39 | TIFD II INC | | $ - | $ - | |
| 40 | TIFD V INC | | $ - | $ - | |
| 41 | GE UK International Holdings Inc | | $ - | $ - | |
| 42 | GE Structured Finance Inc | | $ - | $ - | |
| 43 | TIFD III-A INC | | $ - | $ - | |
| 44 | TIFD III-E INC | | $ - | $ - | |
| 45 | TIFD III-F INC | | $ - | $ - | |
| 46 | TIFD III-H INC | | $ - | $ - | |
| 47 | TIFD III-J INC | | $ - | $ - | |
| 48 | Kidder Peabody International Corporation | | $ - | $ - | |
| 49 | NMHG Financial Services Inc | | $ - | $ - | |
| 50 | General Electric Real Estate Credit Corporation | | $ - | $ - | |
| 51 | Broadcast Management Services Inc | | $ - | $ - | |
| 52 | Lease Funding Corporation | | $ - | $ - | |
| 53 | GE Capital Retail Bank | 06-1236737 | $ - | $ - | |
| 54 | TIFD III-N INC | | $ - | $ - | |
| 55 | TIFD III-P INC | | $ - | $ - | |

Part I

# TLSG The Locator Services Group Ltd.

Cathy Mullikin
Case Supervisor
United States Bankruptcy Court
300 North Hogan Street, Suite 3-350
Jacksonville, Florida 32202

**RE: Motion for Payment of Unclaimed Funds**
Case Number: 3:09-bk-02970-JAF
In Re: WARD, ROBERT BRIAN AND LENA McCLEAN
Creditor: GEMB/BEST BRANDS
Amount: $2,022.60

Dear Cathy:

I have been granted a Limited Power of Attorney to assist General Electric Company with the recovery of the above referenced funds on deposit in the Court's Treasury/Registry. Enclosed please find a copy of the Motion For Payment of Unclaimed Funds, Certificate of Service, Affidavit of Knowledge of Personal Representative Requirements, Order for Payment of Unclaimed Funds, Limited Power of Attorney and the required supporting documentation verifying that our client is the rightful claimant authorized to receive these funds.

It is my understanding that the Court would like to be furnished with the following information regarding the Creditor/Claimant:

| | |
|---|---|
| Creditor: | GEMB/BEST BRANDS |
| Current Address: | General Electric Company |
| | Payables Solutions |
| | 4211 Metro Parkway |
| | Ft. Myers, FL 33916-9406 |
| Creditor's Tax ID: | 06-1236737 |
| Claimant's Tax ID: | 14-0689340 |
| Authorized Signatory: | Bruce J. Squillante |
| Title: | Controller, Unclaimed Property |
| Phone Number: | (239) 275-2429 |

If you have any questions or require any additional information, please feel free to contact Attorney Erin Foley at 617-859-0600, extension 19. Thank you very much for your time and assistance.

Very truly yours,

Kim Sawyer
General Counsel

cc: U.S. Attorney

280 Summer Street, Suite 701 • Boston, MA 02210 • Tel: 617-859-0600 • Fax: 617-859-0640
Website: www.tlsgltd.com • Email: Inquire@tlsgltd.com